# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Furay, Catherine J. | U.S. Bankruptcy Court, Western District of Wisconsin | 05/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Bankruptcy Judge (FT) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Courthouse
120 N. Henry Street, Room 340
Madison, WI 53703-2559

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Committee Member | Villages of Bishops Bay Architectural Review Committee |
| 2. Chair of the Finance Committee | National Conference of Bankruptcy Judges |
| 3. Member of Board of Trustees | Turnaround Management Association |
| 4. Member of Education Advisory Committee for Central States Bankruptcy Conf. | American Bankruptcy Institute |
| 5. Member of Education Committee for ACB Seventh Circuit | American College of Bankruptcy |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 03/04/2020 | Ginsberg & Martin - compensation for Editor-in-Chief of treatise | $6,835.64 |
| 2. 09/04/2020 | Ginsberg & Martin - compensation for Editor-in-Chief of treatise | $11,347.85 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Steinhilber Swanson, LLC - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Turnaround Management Association | 02/03/2020 - 02/06/2020 | Las Vegas, NV | Certification Oversight Committee Meeting and TMA Distressed Investing Conference | Lodging, transportation |
| 2. | State Bar of Wisconsin | 02/26/2020 - 02/28/2020 | Kohler, WI | Bankruptcy, Insolvency and Creditors' Rights Section Annual Conference | Lodging, meals, tuition |
| 3. | American Bankruptcy Institute | 02/29/2020 - 03/03/2020 | New York, NY | 28th Annual Duberstein Bankruptcy Moot Court Competition | Lodging, meals, transportation |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Furay, Catherine J.** | 05/13/2021 |

5. _____  _____  _____  _____  _____

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | *See note in Part VIII | | $0.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Bank Account Middleton Community Bank, n/k/a Monona Bank | A | Interest | L | T | | | | | |
| 2. | The Peoples Community Bancshares | A | Interest | J | T | | | | | |
| 3. | Mitzvah LLC | | None | M | U | | | | | |
| 4. | Bank Account Towne Bank | A | Interest | J | T | | | | | |
| 5. | INVESTMENT ACCOUNT #1 (UBS): (H) | | | | | | | | | |
| 6. | - Cash (UBS) | A | Interest | J | T | | | | | |
| 7. | - Amgen Inc. (AMGN) (Y) | | | | | | | | | |
| 8. | - Apple Inc. (AAPL) (Y) | | | | | | | | | |
| 9. | - Capital One Financial Corp (COF) (Y) | | | | | | | | | |
| 10. | - Cisco Systems Inc. (CSCO) (Y) | | | | | | | | | |
| 11. | - Citigroup Inc. (C) (Y) | | | | | | | | | |
| 12. | - Coca Cola Co. (KO) (Y) | | | | | | | | | |
| 13. | - Duke Energy Corp (DUK) (Y) | | | | | | | | | |
| 14. | - McDonald's Corp. (MCD) (Y) | | | | | | | | | |
| 15. | - Merck & Co Inc. (MRK) (Y) | | | | | | | | | |
| 16. | - Microsoft Corp. (MSFT) (Y) | | | | | | | | | |
| 17. | - Mondelez International Inc. (MDLZ) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furay, Catherine J.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - Nestle (NSRGY) (Y) | | | | | | | | | |
| 19. - Oracle Corp. (ORCL) (Y) | | | | | | | | | |
| 20. - Qualcomm Inc. (QCOM) (Y) | | | | | | | | | |
| 21. - Sanofi Spon ADR (SNY) (Y) | | | | | | | | | |
| 22. - Unilever NV (UN) (Y) | | | | | | | | | |
| 23. - Walt Disney Co. (DIS) (Y) | | | | | | | | | |
| 24. - Western Union (WU) (Y) | | | | | | | | | |
| 25. - SPDR Nuveen Barclays Municipal ETF (TFI) | A | Dividend | J | T | Sold (part) | 03/18/20 | J | A | |
| 26. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 27. - Vaneck Vectors ETF High Yield Municipal (HYD) (Y) | | | | | | | | | |
| 28. - VISA Inc. (V) (Y) | | | | | | | | | |
| 29. - Starbucks Corp. (SBUX) (Y) | | | | | | | | | |
| 30. - Ishares MSCI ACWI (ACWI) (Y) | | | | | | | | | |
| 31. - SPDR Nuveen Barclays Short-Term Muni (SHM) | A | Dividend | | | Sold | 03/18/20 | J | A | |
| 32. - ABB Ltd. (ABB) (Y) | | | | | | | | | |
| 33. - Ford Motor Co. (F) (Y) | | | | | | | | | |
| 34. - Lockheed Martin Corp. (LMT) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - iShares Short Treasury Bond ETF (SHV) | A | Dividend | | | Buy | 04/06/20 | J | | |
| 36. | | | | | Sold | 06/09/20 | J | A | |
| 37. - iShares 1-3 Year Treasury Bond ETF (SHY) | A | Dividend | | | Buy | 03/18/20 | J | | |
| 38. | | | | | Sold | 04/06/20 | J | A | |
| 39. - iShares TIPS Bond ETF (TIP) | A | Dividend | J | T | Buy | 04/06/20 | J | | |
| 40. - Schwab Short Term US Treasury ETF (SCHO) | A | Dividend | | | Buy | 03/18/20 | J | | |
| 41. | | | | | Sold | 04/06/20 | J | A | |
| 42. - Vanguard Intermediate Term Tax Exempt Fund (VWIUX) | A | Dividend | J | T | Buy | 04/06/20 | J | | |
| 43. IRA #1 (UBS): (H) | | | | | | | | | |
| 44. - Cash (UBS) | A | Interest | J | T | | | | | |
| 45. - Abb Ltd Spon Adr (ABB) | A | Dividend | K | T | Sold (part) | 02/13/20 | J | A | |
| 46. - Amgen Inc. (AMGN) | A | Dividend | | | Sold | 02/13/20 | J | A | |
| 47. - Apple Inc. (AAPL) | A | Dividend | K | T | Sold (part) | 02/13/20 | J | D | |
| 48. - Banco Santander Spon ADR (SAN) | | None | | | Buy (add'l) | 02/13/20 | J | | |
| 49. | | | | | Sold (part) | 03/24/20 | J | A | |
| 50. | | | | | Sold | 03/25/20 | J | A | |
| 51. - Capital One Financial Corp (COF) | A | Dividend | | | Buy (add'l) | 04/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 11/12/20 | J | A | |
| 53. | | | | | Sold (part) | 11/13/20 | J | A | |
| 54. | | | | | Sold | 11/16/20 | J | A | |
| 55. - Carnival Corp New-Paired Stock (CCL) | | None | | | Sold | 02/13/20 | J | A | |
| 56. - Cisco Systems Inc. (CSCO) | A | Dividend | K | T | Buy (add'l) | 02/13/20 | J | | |
| 57. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 58. | | | | | Sold (part) | 04/06/20 | J | A | |
| 59. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 60. - Citigroup Inc. (C) | A | Dividend | K | T | Sold (part) | 02/13/20 | J | A | |
| 61. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 62. - Coca Cola Co. (KO) | A | Dividend | J | T | Sold (part) | 02/13/20 | J | A | |
| 63. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 64. | | | | | Sold (part) | 04/06/20 | J | A | |
| 65. - Diageo PLC New GB Spon ADR (DEO) | A | Dividend | J | T | | | | | |
| 66. - Duke Energy Corp (DUK) | A | Dividend | J | T | Sold (part) | 02/13/20 | J | A | |
| 67. - Exxon Mobil Corp (XOM) | A | Dividend | J | T | Buy (add'l) | 02/13/20 | J | | |
| 68. - Ford Motor Co. (F) | A | Dividend | | | Buy (add'l) | 02/13/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 03/23/20 | J | A | |
| 70. | | | | | Sold | 03/24/20 | J | A | |
| 71. - HSBC Holdings PLC New GB Spon ADR (HSBC) | None | | | | Buy (add'l) | 02/13/20 | J | | |
| 72. | | | | | Sold | 04/03/20 | J | A | |
| 73. - McDonald's Corp. (MCD) | A | Dividend | J | T | Buy (add'l) | 03/24/20 | J | | |
| 74. - Merck & Co Inc. New Com (MRK) | A | Dividend | J | T | Buy (add'l) | 02/13/20 | J | | |
| 75. | | | | | Sold (part) | 04/06/20 | J | A | |
| 76. - Microsoft Corp. (MSFT) | A | Dividend | K | T | Sold (part) | 02/13/20 | J | C | |
| 77. | | | | | Sold (part) | 04/06/20 | J | A | |
| 78. - Mondelez International Inc. (MDLZ) | A | Dividend | J | T | Sold (part) | 02/13/20 | J | A | |
| 79. - Nestle S A Spon ADR REPSTG Reg SHS Switz (NSRGY) | None | | | | Sold | 03/23/20 | J | A | |
| 80. - Oracle Corp. (ORCL) | A | Dividend | | | Sold | 02/13/20 | J | A | |
| 81. - Qualcomm Inc. (QCOM) | A | Dividend | K | T | Sold (part) | 02/13/20 | J | A | |
| 82. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 83. - Sanofi Spon ADR (SNY) | A | Dividend | J | T | Sold (part) | 02/13/20 | J | A | |
| 84. | | | | | Sold (part) | 04/06/20 | J | A | |
| 85. - Schlumberger Ltd. Netherlands Antilles (SLB) | A | Dividend | | | Buy (add'l) | 02/13/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 03/23/20 | J | A | |
| 87.   - Unilever NV Y SHS New Netherlands Spon ADR (UN) | A | Dividend | | | Sold (part) | 02/13/20 | J | A | |
| 88. | | | | | Sold | 11/27/20 | J | A | |
| 89.   - Walt Disney Co. (DIS) | A | Dividend | J | T | | | | | |
| 90.   - Western Union Co (WU) | A | Dividend | | | Sold (part) | 02/13/20 | J | A | |
| 91. | | | | | Sold (part) | 03/24/20 | J | A | |
| 92. | | | | | Sold | 03/25/20 | J | A | |
| 93.   - Westpac Banking Ltd Spon ADR Australia ADR (WBK) | | None | | | Sold (part) | 02/13/20 | J | A | |
| 94. | | | | | Sold | 03/23/20 | J | A | |
| 95.   - Blackstone Group Lp (BX) | A | Dividend | K | T | Sold (part) | 02/13/20 | J | D | |
| 96. | | | | | Sold (part) | 03/24/20 | J | A | |
| 97.   - iShares Core U.S. Aggregate Bond ETF (AGG) | A | Dividend | | | Sold (part) | 02/13/20 | M | C | |
| 98. | | | | | Sold | 03/18/20 | M | A | |
| 99.   - Pimco 0-5 High Yield Corp. Bond Index ETF (HYS) | A | Dividend | | | Sold | 02/13/20 | K | A | |
| 100.   - Invesco Senior Loan ETF (BKLN) | A | Dividend | | | Buy (add'l) | 02/13/20 | K | | |
| 101. | | | | | Sold | 03/18/20 | K | A | |
| 102.   - Vanguard Charlotte FDS Total Intl Bond Index Fund ETF (BNDX) | A | Dividend | | | Buy (add'l) | 02/13/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold | 03/18/20 | K | A | |
| 104. - Visa Inc. (V) | A | Dividend | J | T | Sold<br>(part) | 02/13/20 | J | C | |
| 105. - Glaxo SmithKline PLC ADR (GSK) | A | Dividend | | | Sold | 02/13/20 | J | A | |
| 106. - Johnson Ctls Intl PLC (JCI) | A | Dividend | J | T | | | | | |
| 107. - Roche Hldg Ltd Spons ADR Switz ADR<br>(RHHBY) | A | Dividend | J | T | Sold<br>(part) | 02/13/20 | J | A | |
| 108. | | | | | Buy<br>(add'l) | 03/23/20 | J | | |
| 109. | | | | | Sold<br>(part) | 04/06/20 | J | B | |
| 110. - Starbucks Corp (SBUX) | A | Dividend | K | T | Buy<br>(add'l) | 03/25/20 | J | | |
| 111. - iShares Short-Term Corporate Bond Fund<br>(IGSB) | A | Dividend | | | Buy<br>(add'l) | 02/13/20 | J | | |
| 112. | | | | | Sold | 03/18/20 | L | A | |
| 113. - Anheuser Busch Inbev Spon ADR (BUD) | A | Dividend | J | T | Buy<br>(add'l) | 02/13/20 | J | | |
| 114. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 115. - Blackrock Inc (BLK) | A | Dividend | J | T | Sold<br>(part) | 02/13/20 | J | A | |
| 116. - Daimler AG (DDAIF) | A | Dividend | K | T | Buy<br>(add'l) | 02/13/20 | J | | |
| 117. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 118. - Eastman Chemical Co. (EMN) | A | Dividend | K | T | Buy<br>(add'l) | 04/06/20 | J | | |
| 119. - Ingersoll-Rand PLC (IR) | A | Dividend | | | Sold | 04/06/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Royal Dutch Shell PLC CL A Spon ADR (RDSA) | A | Dividend | J | T | Buy (add'l) | 02/13/20 | J | | |
| 121. - Tencent Holdings Ltd (TCEHY) | A | Dividend | J | T | Sold (part) | 02/13/20 | J | A | |
| 122. | | | | | Sold (part) | 04/06/20 | J | A | |
| 123. - AT&T Co (T) | A | Dividend | J | T | Buy (add'l) | 11/16/20 | J | | |
| 124. - Cognizant Tech Solutions (CTSH) | A | Dividend | J | T | Sold (part) | 02/13/20 | J | A | |
| 125. - Comcast Corp New CL A (CMCSA) | A | Dividend | J | T | | | | | |
| 126. - iShares MSCI ACWI ETF (ACWI) | | None | | | Sold (part) | 03/24/20 | J | A | |
| 127. | | | | | Sold | 03/25/20 | J | A | |
| 128. - Jones Lang LaSalle Inc (JLL) | | None | J | T | Sold (part) | 02/13/20 | J | A | |
| 129. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 130. - Lockheed Martin Corp (LMT) | A | Dividend | J | T | Sold (part) | 02/13/20 | J | B | |
| 131. - Materials Select Sector SPDR Trust ETF (XLB) | A | Dividend | | | Sold | 03/23/20 | J | A | |
| 132. - Vodofone Group (VOD) | A | Dividend | J | T | Buy (add'l) | 02/13/20 | J | | |
| 133. - Advanced Auto Parts (AAP) | | None | J | T | Buy | 11/12/20 | J | | |
| 134. - American Express Co (AXP) | A | Dividend | K | T | Buy | 03/24/20 | J | | |
| 135. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 136. - BASF Spon ADR (BASFY) | A | Dividend | J | T | Buy | 03/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furay, Catherine J.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 138.  - Broadcom Inc (AVGO) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 139.  - Constellation Brands (STZ) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 140.  - Crane Co (CR) | A | Dividend | | | Buy | 02/13/20 | J | | |
| 141. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 142. | | | | | Sold | 08/11/20 | J | A | |
| 143.  - Du Pont De Nemours (DD) | A | Dividend | J | T | Buy | 03/23/20 | J | | |
| 144.  - Enel Americas Spon ADR (ENIA) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 145.  - Fresnius Medical Care AG ADR (FMS) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 146.  - Goldman Sachs Access Treas 0-1 Year ETF (GBIL) | A | Dividend | K | T | Buy | 03/18/20 | K | | |
| 147. | | | | | Buy (add'l) | 04/06/20 | K | | |
| 148. | | | | | Sold (part) | 06/09/20 | K | A | |
| 149.  - Ingredion Inc (INGR) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 150.  - Intel Corp (INTC) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 151.  - Invesco Treas Coll ETF (CLTL) | A | Dividend | K | T | Buy | 06/30/20 | K | | |
| 152.  - iShares Short Treasury Bond ETF (SHV) | A | Dividend | | | Buy | 04/06/20 | L | | |
| 153. | | | | | Sold | 06/09/20 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - iShares TIPS Bond ETF (TIP) | B | Dividend | M | T | Buy | 02/13/20 | L | | |
| 155. | | | | | Buy (add'l) | 04/06/20 | L | | |
| 156. - JPMorgan Chase & Co (JPM) | A | Dividend | K | T | Buy | 03/23/20 | J | | |
| 157. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 158. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 159. - Nike Inc (NKE) | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 160. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 161. - PIMCO Enhanced Short Maturity ETF (MINT) | A | Dividend | | | Buy | 03/18/20 | K | | |
| 162. | | | | | Sold | 04/06/20 | K | A | |
| 163. - Raytheon Technologies (RTX) | A | Dividend | J | T | Buy | 08/11/20 | J | | |
| 164. - Schwab Short Term US Treas ETF (SCHO) | A | Dividend | | | Buy | 03/18/20 | L | | |
| 165. | | | | | Sold | 04/06/20 | L | A | |
| 166. - SPDR Bloomberg Barclays 1-3 Yr Bond ETF (BIL) | A | Dividend | | | Buy | 03/18/20 | M | | |
| 167. | | | | | Sold (part) | 04/06/20 | M | A | |
| 168. | | | | | Sold | 06/30/20 | K | A | |
| 169. - Steris PLC (STE) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 170. | | | | | Buy (add'l) | 03/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  - Trane Technologies PLC (TT) | A | Dividend | J | T | Buy | 04/06/20 | J | | |
| 172.  - Unilever PLC ADR (UL) | | None | J | T | Buy | 11/27/20 | J | | |
| 173.  - Vanguard Communication Services ETF (VOX) | | None | | | Buy | 03/25/20 | J | | |
| 174. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 175. | | | | | Sold | 05/20/20 | J | B | |
| 176.  - Vanguard Consumer Staples ETF (VDC) | A | Dividend | | | Buy | 02/13/20 | J | | |
| 177. | | | | | Sold | 03/23/20 | J | A | |
| 178.  - Vanguard Intermediate Term Corp Bond ETF (VCIT) | A | Dividend | L | T | Buy | 06/09/20 | L | | |
| 179.  - Vanguard Total Bond Market ETF (BND) | A | Dividend | K | T | Buy | 06/09/20 | K | | |
| 180.  - Vanguard Total Bond Market ldx (VBTLX) | C | Dividend | M | T | Buy | 02/13/20 | M | | |
| 181. | | | | | Sold (part) | 03/18/20 | M | A | |
| 182. | | | | | Buy (add'l) | 04/06/20 | M | | |
| 183.  - Viacom CBS (VIAC) | A | Dividend | J | T | Buy | 05/20/20 | J | | |
| 184.  - Westrock Co (WRK) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 185.  - Zimmer Biomet Holdings Inc (ZBH) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 186. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 187.  IRA #2 (UBS): (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - Cash (UBS) | A | Interest | K | T | | | | | |
| 189.  - Abb Ltd Spon Adr (ABB) | A | Dividend | K | T | Sold (part) | 02/13/20 | J | A | |
| 190.  - Amgen Inc. (AMGN) | A | Dividend | | | Sold | 02/13/20 | K | A | |
| 191.  - Apple Inc. (AAPL) | A | Dividend | K | T | Sold (part) | 02/13/20 | K | D | |
| 192.  - Banco Santander (SAN) | | None | | | Buy (add'l) | 02/13/20 | J | | |
| 193. | | | | | Sold (part) | 03/24/20 | J | A | |
| 194. | | | | | Sold | 03/25/20 | J | A | |
| 195.  - Capital One Financial Corp (COF) | A | Dividend | | | Sold (part) | 02/13/20 | J | A | |
| 196. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 197. | | | | | Sold (part) | 11/12/20 | J | A | |
| 198. | | | | | Sold (part) | 11/13/20 | J | A | |
| 199. | | | | | Sold | 11/16/20 | J | A | |
| 200.  - Carnival Corp New-Paired Stock (CCL) | | None | | | Sold | 02/13/20 | J | A | |
| 201.  - Cisco Systems Inc. (CSCO) | A | Dividend | K | T | Buy (add'l) | 02/13/20 | J | | |
| 202. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 203. | | | | | Sold (part) | 04/06/20 | J | A | |
| 204. | | | | | Buy (add'l) | 11/13/20 | J | | |

| 1 | Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furay, Catherine J.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Citigroup Inc. (C) | A | Dividend | K | T | Sold (part) | 02/13/20 | J | A | |
| 206. | | | | | Sold (part) | 03/23/20 | J | A | |
| 207. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 208. - Coca Cola Co. (KO) | A | Dividend | J | T | Sold (part) | 02/13/20 | J | A | |
| 209. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 210. - Diageo PLC New GB Spon ADR (DEO) | A | Dividend | J | T | | | | | |
| 211. - Duke Energy Corp. (DUK) | A | Dividend | J | T | Sold (part) | 02/13/20 | J | A | |
| 212. - Exxon Mobil Corp (XOM) | A | Dividend | J | T | Buy (add'l) | 02/13/20 | J | | |
| 213. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 214. - Ford Motor Co. (F) | A | Dividend | | | Buy (add'l) | 02/13/20 | J | | |
| 215. | | | | | Sold (part) | 03/23/20 | J | A | |
| 216. | | | | | Sold | 03/24/20 | J | A | |
| 217. - HSBC Holdings PLC New GB Spon ADR (HSBC) | | None | | | Buy (add'l) | 02/13/20 | J | | |
| 218. | | | | | Sold | 04/03/20 | J | A | |
| 219. - McDonald's Corp. (MCD) | A | Dividend | K | T | Buy (add'l) | 03/24/20 | J | | |
| 220. - Merck & Co Inc. New Com (MRK) | A | Dividend | K | T | Sold (part) | 04/06/20 | J | A | |
| 221. - Microsoft Corp. (MSFT) | A | Dividend | K | T | Sold (part) | 02/13/20 | J | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Sold<br>(part) | 04/06/20 | J | B | |
| 223.   - Mondelez International Inc. (MDLZ) | A | Dividend | J | T | Sold<br>(part) | 02/13/20 | J | A | |
| 224. | | | | | Sold<br>(part) | 04/06/20 | J | A | |
| 225.   - Nestle S A Spon ADR REPSTG Reg SHS<br>Switz (NSRGY) | | None | | | Sold | 03/23/20 | J | A | |
| 226.   - Oracle Corp. (ORCL) | A | Dividend | | | Sold | 02/13/20 | J | A | |
| 227.   - Qualcomm Inc. (QCOM) | A | Dividend | K | T | Sold<br>(part) | 02/13/20 | J | A | |
| 228. | | | | | Buy<br>(add'l) | 03/23/20 | J | | |
| 229.   - Sanofi Spon ADR (SNY) | A | Dividend | K | T | Sold<br>(part) | 02/13/20 | J | A | |
| 230. | | | | | Sold<br>(part) | 04/06/20 | J | A | |
| 231.   - Schlumberger Ltd. Netherlands Antilles<br>(SLB) | A | Dividend | | | Buy<br>(add'l) | 02/13/20 | J | | |
| 232. | | | | | Sold | 03/23/20 | J | A | |
| 233.   - Unilever NV Y SHS New Netherlands<br>Spon ADR (UN) | A | Dividend | | | Sold | 02/13/20 | J | A | |
| 234.   - Walt Disney Co. (DIS) | A | Dividend | K | T | | | | | |
| 235.   - Western Union Co (WU) | A | Dividend | | | Sold<br>(part) | 02/13/20 | J | A | |
| 236. | | | | | Sold<br>(part) | 03/24/20 | J | A | |
| 237. | | | | | Sold | 03/25/20 | J | A | |
| 238.   - Westpac Banking Ltd Spon ADR Australia<br>ADR (WBK) | | None | | | Sold<br>(part) | 02/13/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 03/23/20 | J | A | |
| 240.   - Blackstone Group Lp (BX) | A | Dividend | K | T | Sold (part) | 02/13/20 | J | D | |
| 241. | | | | | Sold (part) | 03/24/20 | J | A | |
| 242. | | | | | Buy (add'l) | 04/05/20 | J | | |
| 243.   - iShares Core U.S. Aggregate Bond ETF (AGG) | B | Dividend | | | Sold (part) | 02/13/20 | M | A | |
| 244. | | | | | Sold | 03/18/20 | M | A | |
| 245.   - Pimco 0-5 High Yield Corp. Bond Index ETF (HYS) | A | Dividend | | | Sold | 02/13/20 | K | A | |
| 246.   - Invesco Senior Ln ETF (BKLN) | A | Dividend | | | Buy (add'l) | 02/13/20 | K | | |
| 247. | | | | | Sold | 03/18/20 | L | A | |
| 248.   - Vanguard Charlotte FDS Total Intl Bond Index Fund ETF (BNDX) | A | Dividend | | | Buy (add'l) | 02/13/20 | K | | |
| 249. | | | | | Sold | 03/18/20 | L | A | |
| 250.   - Visa Inc. (V) | A | Dividend | K | T | Sold (part) | 02/13/20 | J | B | |
| 251.   - Daimler (DDAIF) | A | Dividend | K | T | Buy (add'l) | 02/13/20 | J | | |
| 252. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 253.   - Glaxo Smithkline PLC ADR (GSK) | A | Dividend | | | Sold | 02/13/20 | J | A | |
| 254.   - Johnson Ctls Intl PLC (JCI) | A | Dividend | K | T | Buy (add'l) | 04/06/20 | J | | |
| 255.   - Roche Hldg Ltd Spons ADR Switz (RHHBY) | A | Dividend | K | T | Sold (part) | 02/13/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Buy<br>(add'l) | 03/23/20 | J | | |
| 257. | | | | | Sold<br>(part) | 04/06/20 | J | C | |
| 258.   - Starbucks Corp (SBUX) | A | Dividend | K | T | Sold<br>(part) | 02/13/20 | J | A | |
| 259. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 260.   - iShares Short-Term Corporate Bond ETF<br>(IGSB) | A | Dividend | | | Buy<br>(add'l) | 02/13/20 | J | | |
| 261. | | | | | Sold | 03/18/20 | M | A | |
| 262.   - Anheuser Busch Inbev Spon ADR (BUD) | A | Dividend | K | T | Buy<br>(add'l) | 02/13/20 | J | | |
| 263. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 264.   - Blackrock Inc. (BLK) | A | Dividend | K | T | Sold<br>(part) | 02/13/20 | J | A | |
| 265.   - Eastman Chemical Co. (EMN) | A | Dividend | K | T | Buy<br>(add'l) | 04/06/20 | J | | |
| 266.   - Ingersoll-Rand PLC (IR) | A | Dividend | | | Sold<br>(part) | 02/13/20 | J | A | |
| 267. | | | | | Sold | 04/06/20 | J | A | |
| 268.   - Royal Dutch Shell PLC CL A Spon ADR<br>(RDSA) | A | Dividend | J | T | Buy<br>(add'l) | 02/13/20 | J | | |
| 269.   - Tencent Holdings ADR (TCEHY) | A | Dividend | K | T | Sold<br>(part) | 02/13/20 | J | A | |
| 270. | | | | | Sold<br>(part) | 04/06/20 | J | A | |
| 271.   - AT&T Inc (T) | A | Dividend | J | T | Buy<br>(add'l) | 11/16/20 | J | | |
| 272.   - Cognizant Tech Solutions (CTSH) | A | Dividend | J | T | Sold<br>(part) | 02/13/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  - Comcast Corp New CL A (CMCSA) | A | Dividend | J | T | | | | | |
| 274.  - iShares MSCI ACWI ETF (ACWI) | | None | J | T | Buy<br>(add'l) | 02/13/20 | J | | |
| 275. | | | | | Sold<br>(part) | 03/24/20 | J | A | |
| 276. | | | | | Sold<br>(part) | 03/25/20 | J | A | |
| 277.  - Jones Lang LaSalle Inc (JLL) | | None | K | T | Sold<br>(part) | 02/13/20 | J | A | |
| 278. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 279.  - Lockheed Martin Corp (LMT) | A | Dividend | J | T | Sold<br>(part) | 02/13/20 | K | A | |
| 280. | | | | | Sold<br>(part) | 04/06/20 | J | A | |
| 281.  - Materials Select Sector SPDR Trust ETF<br>(XLB) | A | Dividend | | | Sold | 03/23/20 | J | A | |
| 282.  - Vodafone Group (VOD) | A | Dividend | J | T | Buy<br>(add'l) | 02/13/20 | J | | |
| 283.  - Advanced Auto Parts (AAP) | | None | J | T | Buy | 11/12/20 | J | | |
| 284.  - American Express Co (AXP) | A | Dividend | K | T | Buy | 03/24/20 | J | | |
| 285. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 286.  - BASF Spon ADR (BASFY) | A | Dividend | J | T | Buy | 03/24/20 | J | | |
| 287. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 288.  - Broadcom Inc (AVGO) | A | Dividend | K | T | Buy | 02/13/20 | K | | |
| 289.  - Constellation Brands (STZ) | A | Dividend | J | T | Buy | 02/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Crane Co (CR) | A | Dividend | | | Buy | 02/13/20 | J | | |
| 291. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 292. | | | | | Sold | 08/11/20 | J | A | |
| 293. - Du Pont De Nemours (DD) | A | Dividend | K | T | Buy | 03/23/20 | J | | |
| 294. - Enel Americas Spon ADR (ENIA) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 295. - Fresnius Medical Care AG ADR (FMS) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 296. - Goldman Sachs Access Treas 0-1 Year ETF (GBIL) | A | Dividend | L | T | Buy | 03/18/20 | L | | |
| 297. | | | | | Buy (add'l) | 04/06/20 | L | | |
| 298. | | | | | Sold (part) | 06/09/20 | L | A | |
| 299. - Ingredion Inc (INGR) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 300. - Intel Corp (INTC) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 301. | | | | | Sold (part) | 04/06/20 | J | A | |
| 302. - Invesco Treasury Coll ETF (CLTL) | A | Dividend | L | T | Buy | 06/30/20 | K | | |
| 303. - iShares Short Treasury Bond ETF (SHV) | A | Dividend | | | Buy | 04/06/20 | L | | |
| 304. | | | | | Sold | 06/09/20 | L | A | |
| 305. - iShares TIPS Bond ETF (TIP) | B | Dividend | M | T | Buy | 02/13/20 | L | | |
| 306. | | | | | Buy (add'l) | 04/06/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 308.  - JPMorgan Chase & Co (JPM) | A | Dividend | K | T | Buy | 03/23/20 | J | | |
| 309. | | | | | Buy<br>(add'l) | 04/03/20 | J | | |
| 310. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 311.  - Nike Cl B (NKE) | A | Dividend | K | T | Buy | 03/25/20 | J | | |
| 312. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 313.  - PIMCO Enhanced Short Mat ETF (MINT) | A | Dividend | | | Buy | 03/18/20 | L | | |
| 314. | | | | | Sold | 04/06/20 | L | A | |
| 315.  - Raytheon Technologies (RTX) | A | Dividend | J | T | Buy | 08/11/20 | J | | |
| 316.  - Schwab Short Term US Treas ETF (SCHO) | A | Dividend | | | Buy | 03/18/20 | L | | |
| 317. | | | | | Sold | 04/06/20 | L | A | |
| 318.  - SPDR Bloomberg Barclays 1-3 Yr Bond ETF (BIL) | A | Dividend | | | Buy | 03/18/20 | M | | |
| 319. | | | | | Sold<br>(part) | 04/06/20 | M | A | |
| 320. | | | | | Sold | 06/30/20 | L | A | |
| 321.  - Steris PLC (STE) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 322. | | | | | Buy<br>(add'l) | 03/23/20 | J | | |
| 323.  - Trane Technologies PLC (TT) | A | Dividend | J | T | Buy | 04/06/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. - Unilever PLC ADR (UL) | | None | J | T | Buy | 11/27/20 | J | | |
| 325. - Vanguard Communication Services ETF (VOX) | | None | | | Buy | 03/25/20 | J | | |
| 326. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 327. | | | | | Sold | 05/20/20 | J | B | |
| 328. - Vanguard Consumer Staples ETF (VDC) | A | Dividend | | | Buy | 02/13/20 | J | | |
| 329. | | | | | Sold | 03/23/20 | J | A | |
| 330. - Vanguard Intermediate Term Corp Bond ETF (VCIT) | B | Dividend | L | T | Buy | 06/09/20 | L | | |
| 331. - Vanguard Total Bond Market ETF (BND) | A | Dividend | L | T | Buy | 06/09/20 | L | | |
| 332. - Vanguard Total Bond Market ldx (VBTLX) | C | Dividend | M | T | Buy | 02/13/20 | M | | |
| 333. | | | | | Sold (part) | 03/18/20 | M | C | |
| 334. | | | | | Buy (add'l) | 04/06/20 | M | | |
| 335. - Viacom CBS (VIAC) | A | Dividend | K | T | Buy | 05/20/20 | J | | |
| 336. - Westrock Co (WRK) | A | Dividend | K | T | Buy | 02/13/20 | K | | |
| 337. - Zimmer Biomet Holdings Inc (ZBH) | A | Dividend | K | T | Buy | 02/13/20 | J | | |
| 338. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 339. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 340. | | | | | Buy (add'l) | 04/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341.  Extendquip LLC | | None | K | U | | | | | |
| 342.  State of Wisconsin Life Insurance* | A | Dividend | | | | | | | |
| 343.  Wisconsin Retirement System Dept of Employee Trust Funds | A | Interest | J | T | | | | | |
| 344.  IRA #3 (UBS): (H) | | | | | | | | | |
| 345.  - Cash (UBS) | | None | J | T | | | | | |
| 346.  - Barclays Bank T-Gears SPX | | None | K | T | | | | | |
| 347.  - Barclays PLC T-Gears VWO | | None | K | T | | | | | |
| 348.  - GS Finance T-Gears SX5E | | None | K | T | | | | | |
| 349.  - HSBC USA CT-Gears SPX | | None | K | T | | | | | |
| 350.  - Royal Bank of Canada CT-Gears SX5E | | None | K | T | | | | | |
| 351.  IRA #4 (UBS): (H) | | | | | | | | | |
| 352.  - Cash (UBS) | | None | J | T | | | | | |
| 353.  - Barclays Bank T-Gears SPX | | None | K | T | | | | | |
| 354.  - Barclays Bank T-Gears VWO | | None | K | T | | | | | |
| 355.  - GS Finance Corp T-Gears SX5E | | None | L | T | | | | | |
| 356.  - HSBC USA CT-Gears SPX | | None | K | T | | | | | |
| 357.  - Royal Bank of Canada CT-Gears SX5E | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.  IRA #5 (UBS): (H) | | | | | | | | | |
| 359.  - Cash (UBS) | | None | J | T | | | | | |
| 360.  - ACAP Strategic Fund | D | Int./Div. | M | T | | | | | |
| 361.  - Skybridge Multi-Advisor | C | Int./Div. | M | T | | | | | |
| 362.  - Blackstone Real Estate | D | Dividend | M | T | | | | | |
| 363.  - Starwood Real Estate | D | Dividend | M | T | | | | | |
| 364.  IRA #6 (UBS): (H) | | | | | | | | | |
| 365.  - Cash (UBS) | | None | J | T | | | | | |
| 366.  - ACAP Strategic Fund | C | Int./Div. | M | T | | | | | |
| 367.  - Skybridge Multi-Advisor | B | Int./Div. | L | T | | | | | |
| 368.  - Starwood Real Estate | D | Dividend | M | T | | | | | |
| 369.  IRA #7 (UBS): (H) | | | | | | | | | |
| 370.  - Cash (UBS) | A | Interest | J | T | | | | | |
| 371.  - Barclays Bank PLC T-Gears SPX (X) | | None | J | T | | | | | |
| 372.  - Citigroup T-Gears SX5E (X) | | None | J | T | | | | | |
| 373.  - Citigroup T-SS Intl Basket (X) | | None | J | T | | | | | |
| 374.  - Goldman Sachs MLCD Intl Basket (X) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  - Goldman Sachs T-Gears Intl Basket (X) | | None | J | T | | | | | |
| 376.  - JPMorgan Chase T-Gears SPX (X) | | None | J | T | | | | | |
| 377.  - Morgan Stanley Finance CB-Gears SPX (X) | | None | J | T | | | | | |
| 378.  - Putnam Ultra Short (PDSDX) (X) | A | Dividend | | | Sold | 01/28/20 | J | A | |
| 379.  - Royal Bank of Canada T-Gears SPX (X) | | None | J | T | | | | | |
| 380.  - Wells Fargo T-Gears SPX | | None | J | T | Buy | 01/28/20 | J | | |
| 381.  IRA #8 (UBS): (H) | | | | | | | | | |
| 382.  - Cash (UBS) (X) | A | Interest | J | T | | | | | |
| 383.  - Barclays Bank PLC T-Gears SPX (X) | | None | J | T | | | | | |
| 384.  - Citigroup T-Gears SX5E (X) | | None | J | T | | | | | |
| 385.  - Citigroup T-SS Intl Basket (X) | | None | J | T | | | | | |
| 386.  - Goldman Sachs MLCD Intl Basket (X) | | None | J | T | | | | | |
| 387.  - Goldman Sachs T-Gears Intl Basket (X) | | None | J | T | | | | | |
| 388.  - JPMorgan Chase T-Gears SPX (X) | | None | J | T | | | | | |
| 389.  - Morgan Stanley Finance CB-Gears SPX (X) | | None | J | T | | | | | |
| 390.  - Putnam Ultra Short (PDSDX) (X) | A | Dividend | | | Sold | 01/28/20 | J | A | |
| 391.  - Royal Bank of Canada T-Gears SPX (X) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392.  - Wells Fargo T-Gears SPX | | None | K | T | Buy | 01/28/20 | K | | |
| 393.  IRA #9 (UBS): (H) | | | | | | | | | |
| 394.  - Cash (UBS) | | None | J | T | | | | | |
| 395.  - Invesco BulletShares 2021 Corporate Bond ETF (BSCL) | A | Dividend | J | T | Buy | 08/26/20 | J | | |
| 396. | | | | | Buy (add'l) | 12/11/20 | J | | |
| 397.  - Invesco Conservative Income Fund (ICIYX) | A | Dividend | J | T | Buy | 08/26/20 | J | | |
| 398. | | | | | Buy (add'l) | 12/11/20 | J | | |
| 399.  - PIMCO Low Duration Fund (PLDPX) | A | Dividend | L | T | Buy | 07/27/20 | K | | |
| 400. | | | | | Buy (add'l) | 08/26/20 | K | | |
| 401. | | | | | Buy (add'l) | 12/11/20 | K | | |
| 402.  - PIMCO Short Term Fund (PTSPX) | A | Dividend | J | T | Buy | 07/27/20 | J | | |
| 403. | | | | | Buy (add'l) | 08/26/20 | J | | |
| 404. | | | | | Buy (add'l) | 12/11/20 | J | | |
| 405.  - Putnam Short Duration Bond (PARYX) | A | Dividend | K | T | Buy | 07/27/20 | J | | |
| 406. | | | | | Buy (add'l) | 08/26/20 | J | | |
| 407. | | | | | Buy (add'l) | 12/11/20 | J | | |
| 408.  - Putnam Ultra Short Duration Income (PSDYX) | A | Dividend | L | T | Buy | 07/27/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 08/26/20 | K | | |
| 410. | | | | | Buy (add'l) | 12/11/20 | K | | |
| 411.   - Virtus SEIX US Gov Sec Ultra Short Bond Fund (SIGVX) | A | Dividend | L | T | Buy | 07/27/20 | K | | |
| 412. | | | | | Buy (add'l) | 08/26/20 | K | | |
| 413. | | | | | Buy (add'l) | 12/11/20 | K | | |
| 414.   - Wells Fargo Adjustable Rate Gov Fund (EIZX) | A | Dividend | J | T | Buy | 08/26/20 | J | | |
| 415. | | | | | Buy (add'l) | 12/11/20 | J | | |
| 416.   IRA #10 (UBS): (H) | | | | | | | | | |
| 417.   - Cash (USB) (X) | | None | J | T | | | | | |
| 418.   - Apple Inc. (X) | A | Dividend | J | T | | | | | |
| 419.   - Accenture PLC (ACN) (X) | A | Dividend | J | T | | | | | |
| 420.   - Adobe Inc (ADBE) (X) | | None | J | T | | | | | |
| 421.   - Calvert Emerging Markets Equity Fund (CVMIX) (X) | A | Dividend | J | T | | | | | |
| 422.   - Calvert Income Fund (CINCX) | A | Dividend | J | T | Buy | 06/09/20 | J | | |
| 423. | | | | | Buy (add'l) | 08/26/20 | J | | |
| 424.   - Comcast Corp (CMCSA) (X) | A | Dividend | J | T | | | | | |
| 425.   - Facebook Inc (FB) (X) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - Goldman Sachs Access Treasury 0-1 Year ETF (GBIL) | A | Dividend | J | T | Buy | 04/08/20 | J | | |
| 427. | | | | | Buy (add'l) | 05/13/20 | J | | |
| 428. | | | | | Sold (part) | 06/09/20 | J | A | |
| 429. | | | | | Buy (add'l) | 08/26/20 | J | | |
| 430. - Invesco Treas Coll ETF (CLTL) | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 431. | | | | | Buy (add'l) | 08/26/20 | J | | |
| 432. - iShares Core US Aggregate Bond ETF (AGG) (X) | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 433. - iShares Russell 1000 Growth ETF (IWF) (X) | A | Dividend | J | T | Buy (add'l) | 05/13/20 | J | | |
| 434. - iShares Short Treasury Bond ETF (SHV) | A | Dividend | | | Buy | 04/08/20 | J | | |
| 435. | | | | | Buy (add'l) | 05/13/20 | J | | |
| 436. | | | | | Sold | 06/09/20 | J | A | |
| 437. - iShares TIPS Bond ETF (TIP) | A | Dividend | K | T | Buy | 02/14/20 | J | | |
| 438. | | | | | Buy (add'l) | 04/08/20 | J | | |
| 439. | | | | | Buy (add'l) | 05/13/20 | J | | |
| 440. | | | | | Buy (add'l) | 08/26/20 | J | | |
| 441. - JPMorgan Chase & Co (JPM) | A | Dividend | J | T | | | | | |
| 442. - Matthews Asia Dividend (MAPIX) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. - Microsoft Corp (MSFT) (X) | A | Dividend | J | T | Buy (add'l) | 05/13/20 | J | | |
| 444. - Oakmark Intl (OAKIX) (X) | A | Dividend | J | T | | | | | |
| 445. - Qualcomm (QCOM) (X) | A | Dividend | J | T | | | | | |
| 446. - United Health Group Inc (UNH) (X) | A | Dividend | J | T | | | | | |
| 447. - Vanguard Mid Cap ETF (VO) (X) | A | Dividend | J | T | Buy (add'l) | 05/13/20 | J | | |
| 448. | | | | | Buy (add'l) | 08/26/20 | J | | |
| 449. - Vanguard Total Bond Mkt ETF (BND) (X) | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 450. - Vanguard Total Bond Market Index (VBTLX) | A | Dividend | K | T | Buy | 02/14/20 | J | | |
| 451. | | | | | Sold (part) | 03/18/20 | J | A | |
| 452. | | | | | Buy (add'l) | 04/08/20 | J | | |
| 453. | | | | | Buy (add'l) | 05/13/20 | J | | |
| 454. | | | | | Buy (add'l) | 08/26/20 | J | | |
| 455. - Virtus KAR International Small Cap (VIISX) (X) | A | Dividend | J | T | | | | | |
| 456. - Virtus NewFleet Multi-Sector Short Term Bond (PIMSX) | A | Dividend | J | T | Buy | 02/14/20 | J | | |
| 457. | | | | | Sold (part) | 03/18/20 | J | A | |
| 458. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 459. | | | | | Buy (add'l) | 08/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460.   - Visa Inc (V) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furay, Catherine J.** | 05/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V. Gifts. During 2020, friends sent me gifts of art, jewelry, and memorabilia. I have no reason to believe that any of these items exceeded the $415 limit. If I should learn otherwise, I will amend this form.

Part VII. Line 343 - This is term life insurance.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Catherine J. Furay**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544